(This form is intended to be used by persons who are not represented by an attorney. The form should NOT be used by a prisoner who is filing a complaint under the Civil Rights Act, 42 U.S.C. section 1983. A separate form is obtainable for prisoners.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED 13 JUL -9 PM 12:04 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

Daniel Lamb Menneke
and/or any and all others.

(Enter above the **FULL** name of each plaintiff in this action)

vs.

BH Management Corp.
and
BH Management Staff
and
Wakonda Village / Manor
and
Harry Bookey, Esquire
and
Not necessarily limited to above.

(Enter above the **FULL** name of each defendant in this action)
DSM Housing Inspector

**COMPLAINT**

**Parties**
(In item A below, place your name in the first blank and place your present address and telephone number in the second blank. In the third blank write the state where your home is ("Home State"). In item B below, do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff _Daniel Craig Meineke_

Address & Telephone Number _1800 Watrous Ave #1262_

Home State _Des Moines, IA 50315_   _(515) 918-8360 MESSAGE #_

ALSO: MAILING ADDRESS: PO Box 25114
West Des Moines, IA 50265

B.   ~~Additional Plaintiffs~~ ADDITIONAL DEFENDANTS (include addresses, telephone numbers and home state for each)

_Ashley Wilson - Property Manager / Julie Plate - Assistant Manager / Eric Hanneman - Leasing Consultant / Matthew Beebower - Maintenance Manager and Daniel Adams - DSM Housing Inspector_
NOT NECESSARILY LIMITED TO ABOVE

(In item C below, place the **FULL** name of the defendant in the first blank place, the address and telephone number for the defendant in the second blank. In the third blank, write the state in which the defendant has his/her home. If the defendant is a corporation, list the location of its home office, and the state where it is incorporated, if known. If the defendant is a government agency, simply name it. In item D, do the same for additional defendants, if any.)

C.   Name of defendant _BH Management Corporation_

Address & Telephone Number _1800 Watrous Ave_

Home State _Des Moines, IA 50315_

D.   ALSO Additional Defendants (include addresses, telephone numbers and home state for each).

_Watrous Village and Manor_
_BH Management Staff Personal and_
_at least a dozen Manor Tenants_
_and Harry Bookey Esquire / DSM Housing Inspectors Office - not necessarily limited to above._

ALL DEFENDANTS

**STATEMENT OF CLAIM**

(State here as briefly as possible the **FACTS** of your case. You **MUST** state **EXACTLY** what each defendant personally did, or failed to do, which resulted in harm to you. State the date **AND** place of all events. Attach an extra sheet if necessary, and write the heading "Part II Continued" at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

Failed to maintain fit premise. Wrongful failure to provide essential services. Dealing with other tenants who were creating a clear & present danger to others. Landlord's unlawful ouster, exclusion, or diminution of service. Retaliation because I complained to various local, state, and federal agencies about problems needing resolved. Landlord's non compliance to several issues in a timely manor and some not at all, and waiver of landlord's right to terminate and violating my civil rights. Not necessarily limited to above.

(If you know, **BRIEFLY** state what **SPECIFIC** law of constitutional provisions defendant(s) violated.)

Violation of my civil rights in harrasment, threats to do bodily injury, and/or failure to properly intervene to protect each and/or all rights violated. IA Code (562A.26) Landlord's unlawful ouster, exclusion, or diminution of service (562A.23) Wrongful failure to supply heat, water, hot water, or essential services (562A.15) Landlord to maintain fit premise (562A.24) Landlord's non-compliance as defense to action for possession of rent (562A.36) Retaliatory conduct prohibited.

**RELIEF** (562A.27A) Termination for creating a clear and present danger to others. (562A.30) Waiver of landlord's right to terminate. Not necessarily limited to above.

(State briefly **EXACTLY** what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

TO HAVE DAY IN COURT TO FIND ANY AND/OR ALL DEFENDANTS PROVEN GUILTY OF THE CAUSE AND EFFECT OF EACH AND/OR ALL ACTIONS CONTRIBUTING TO THE UNLAWFUL OUSTER, EXCLUSIONS, OR DIMINUTION OF SERVICE. HOUSING INSPECTOR FOR FAILURE TO DISCLOSE ANY AND/OR ALL REAL MAINTENANCE ISSUES AFFECTING THE RIGHTS OF TENANTS.

**Signature(s) of Plaintiff(s)**

Signed this 8TH day of July, 2013.

_[signature]_
(Signature of Plaintiff)

(515) 918-8360
(Area Code)-Telephone Number (MESSAGE #)

1800 WATROUS AVE #122
DSM, IA 50315
MAILING:
PO BOX 25114
WEST DES MOINES, IA 50265